**GRAND GENERAL** Accessories Manufacturing • November 2006 New Items   **NEW3006/NOV**

### Chrome Plastic Skull Bezel

- Not street legal.
- Hardware included.
- Sold by piece, carded.

| Part No. | Description |
|---|---|
| 78489 | For 2" marker light  *New* |
| 80809 | For oval sealed light  *New* |
| 90090 | For 4" sealed light |




78489 shown w/light          78489




90090 shown w/light          90090



80809 shown w/light

*Light not included.
* Disclaimer: use of these bezels could result in lights not meeting DOT optic requirements.

### Chrome Plastic Iron Cross Bezel  *New*

- Not street legal.
- Hardware included.
- Sold by piece, carded.

| Part No. | Description |
|---|---|
| 78957 | For 2" marker light |
| 90092 | For 4" sealed light |



78957          90092

*Light not included.
* Disclaimer: use of these bezels could result in lights not meeting DOT optic requirements.

### Chrome Plastic Marker Light Rim

- Fits square 2 face light.
- Flush mount.
- Sold by piece, carded.

| Part No. | Description |
|---|---|
| 80359 | w/o visor  *New* |
| 80358 | w/visor |



80359 shown w/light

80359 Side View

*Light not included.

### #194, 912 & 921 LED Bulbs w/4 Diodes  *New*

- Fits bulb #194, 912 & 921, 4 - 12 volt "LED" diodes.
- Fits cab, marker and parking lights.
- 1 piece per card.

| Part No. | Color | Part No. | Color |
|---|---|---|---|
| 83760 | Amber | 83763 | Purple |
| 83761 | Blue | 83764 | Red |
| 83762 | Green | 83765 | White |



www.grandgeneral.com | Tel: 800-325-0578 | Fax: 888-289-3668